# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>2000 E. 12th Avenue, Unit 32/10B, Denver,<br>Colorado, more fully described in Attachment A1,<br>attached hereto. | )<br>)<br>)  Case No.  18-sw-5730-STV<br>)<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __State and__ District of __Colorado__ *(identify the person or describe the property to be searched and give its location)*:

**SEE "ATTACHMENT A1"** attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE "ATTACHMENT B"** attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establishes probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before __August 3, 2018__ *(not to exceed 14 days)*

☒ in the daytime  6:00 a.m. to 10 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Scott T. Varholak__.

*(United States Magistrate Judge)*

☒ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☒ for __30__ days *(not to exceed 30).*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  7/20/2018, 11:01 a.m.

*Judge's signature*

City and state:  Denver, CO                              Scott T. Varholak, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

**Certification**

     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

                                                                  *Executing officer's signature*

                                                                    *Printed name and title*

2

## **ATTACHMENT A1**

### **Premises to Be Searched**

This warrant applies to 2000 E. 12th Avenue, Unit 32/10B, Denver, Colorado, including any safes, chests, or other sealed containers therein.

2

## ATTACHMENT B

### Particular Things to be Seized

From within the premises to be searched, seizure is authorized of any evidence, in whatever form, of violations of 18 U.S.C. §§ 1001 (False Statements) and 1621 (Perjury) by Diane Dalmy, relating to Dalmy's submission of a financial affidavit to the United States Probation Office in connection with her sentencing in *United States v. Diane Dalmy*, 3:18cr21(JAM) (D. Conn.), including but not limited to any currency, checks, or other financial instruments.